## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE COMMITTEE FOR MASSACHUSETTS VOTER IDENTIFICATION BALLOT QUESTION,<br><br>Plaintiff,<br><br>v.<br><br>HON. WILLIAM FRANCIS GALVIN, in his official capacity as Secretary of the Commonwealth of Massachusetts,<br><br>Defendant. | Civil Action No.: 1:24-cv-12029 |

**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Plaintiff The Committee for Massachusetts Voter Identification Ballot Question, by and through its attorneys, hereby files this Disclosure Statement in accordance with Rule 7.1 of the Federal Rules of Civil Procedure and states that:

(1) It has no parent corporation; and

(2) No publicly held corporation owns 10% or more of Plaintiff's stock.

                                                  Respectfully submitted,

Dated: August 6, 2024                /s/Brian M. Gaff
                                                  Brian M. Gaff (BBO No. 642297)
                                                  215 South Broadway, Suite 308
                                                  Salem, NH 03079-3374
                                                  857-719-0100
                                                  781-581-9134 (fax)
                                                  bgaff@lawbmg.com

                                                  *Attorney for The Committee for Massachusetts Voter Identification Ballot Question.*


## CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 5.2(B)

     I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 6, 2024.

                                                  /s/Brian M. Gaff
                                                  Brian M. Gaff (BBO No. 642297)