UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE COMMITTEE FOR MASSACHUSETTS VOTER IDENTIFICATION BALLOT QUESTION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM FRANCIS GALVIN, in his official capacity as the Secretary of the Commonwealth of Massachusetts,<br><br>　　　　　　　Defendant. | CIVIL ACTION<br>NO. 1:24-cv-12029-NMG |

## **DEFENDANT WILLIAM FRANCIS GALVIN'S ANSWER**

Now comes the Defendant, William Francis Galvin, in his official capacity as the Secretary of the Commonwealth of Massachusetts, and provides the following responses to the numbered paragraphs of the Complaint:

### **NATURE OF ACTION**

1. Paragraph 1 of the Complaint purports to characterize the claim and nature of the relief sought and therefore contains only legal conclusions to which no response is required.

### **JURISDICTION AND VENUE**

2. Paragraph 2 of the Complaint contains legal conclusions to which no response is required.

3. Paragraph 3 of the Complaint contains legal conclusions to which no response is

required.

## PARTIES

4. Defendant admits that Plaintiff is a political committee registered with the Massachusetts Office of Campaign and Political Finance with a business address of 167 Washington Street, Norwell, MA 02061. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 4.

5. Admitted.

## FACTS

6. Paragraph 6 of the Complaint purports to quote from 52 U.S.C. § 20507(i)(1), which speaks for itself. Additionally, Paragraph 6 contains only legal conclusions to which no response is required.

7. Paragraph 7 purports to quote from *Project Vote/Voting for Am., Inc. v. Long*, 682 F.3d 331 (4th Cir. 2012), which speaks for itself. Additionally, Paragraph 7 contains only legal conclusions to which no response is required.

8. Paragraph 8 purports to quote from *Bellitto v. Snipes*, No. 16-cv-61474, 2018 U.S. Dist. LEXIS 103617 (S.D. Fla. Mar. 30, 2018), which speaks for itself. Additionally, Paragraph 8 contains only legal conclusions to which no response is required.

9. Paragraph 9 purports to characterize a document attached to the Complaint as Exhibit A, which document speaks for itself.

10. Paragraph 10 purports to characterize a document attached to the Complaint as Exhibit B, which document speaks for itself.

11. The first sentence of Paragraph 11 purports to characterize a document attached to the

Complaint as Exhibit C which document speaks for itself. The Defendant admits that it did not provide the Plaintiff with the licensing agreement.

12. Paragraph 12 purports to characterize a document attached to the Complaint as Exhibit D, which document speaks for itself.

13. Admitted.

14. Paragraph 14 of the Complaint contains legal conclusions to which no response is required.

15. Paragraph 15 of the Complaint contains legal conclusions to which no response is required.

16. Paragraph 16 purports to quote from *Pub. Int. Legal Found., Inc. v. Bellows*, 94 F.4th 36, 47 (1st Cir. 2024), which speaks for itself. Additionally, Paragraph 16 contains only legal conclusions to which no response is required.

17. Paragraph 17 purports to quote from *FEC v. Atkins*, 524 U.S. 11 (1998), which speaks for itself. Additionally, Paragraph 17 contains only legal conclusions to which no response is required.

18. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18.

19. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

20. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20.

21. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21. Additionally, the characterization that

Defendant has an obligation to provide the requested list and Member Data files "pursuant to federal law" is a legal conclusion to which no response is required.

22. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22. Additionally, the characterizations of the Defendant's alleged statutory obligations are legal conclusions to which no response is required.

23. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23. Additionally, Paragraph 23 contains legal conclusions to which no response is required.

24. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

## COUNT I

### Violation of 52 U.S.C. § 20507(i)

25. Defendant realleges and incorporates by reference his responses to Paragraphs 1-24 above.

26. Paragraph 26 contains legal conclusions to which no response is required.

27. Paragraph 27 contains legal conclusions to which no response is required.

28. Paragraph 28 contains legal conclusions to which no response is required.

## PRAYER FOR RELIEF

A. This paragraph contains legal conclusions to which no response is required.

B. This paragraph contains legal conclusions to which no response is required.

C. This paragraph contains legal conclusions to which no response is required.

D. This paragraph contains legal conclusions to which no response is required.

E. This paragraph contains legal conclusions to which no response is required.

F. This paragraph contains legal conclusions to which no response is required.

G. This paragraph contains legal conclusions to which no response is required.

## **AFFIRMATIVE DEFENSES**

Defendant hereby gives notice that he intends to rely upon such other and further defenses as may become available or apparent and hereby reserves the right to amend his Answer and to assert any such defense by appropriate motion.

Respectfully submitted,

WILLIAM FRANCIS GALVIN, in his official capacity as Secretary of the Commonwealth of Massachusetts

By his attorney,

ANDREA JOY CAMPBELL
*Attorney General*

 /s/ Anne Sterman
Anne Sterman, BBO No. 650426
Phoebe Fischer-Groban, BBO No. 687068
*Assistant Attorneys General*
Government Bureau
One Ashburton Place
Boston, Massachusetts 02108
617-963-2524
anne.sterman@mass.gov

DATED: September 13, 2024

## CERTIFICATE OF SERVICE

      I certify that this document, filed through the Court's ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) on September 13, 2024.

                                                /s/ Anne Sterman
                                                Anne Sterman
                                                Assistant Attorney General