UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE COMMITTEE FOR MASSACHUSETTS VOTER IDENTIFICATION BALLOT QUESTION, <br><br> Plaintiff, <br><br> v. <br><br> HON. WILLIAM FRANCIS GALVIN, in his official capacity as Secretary of the Commonwealth, <br><br> Defendant. | CIVIL ACTION <br> NO. 1:24-cv-12029-NMG |

**DEFENDANT SECRETARY OF THE COMMONWEALTH'S
<u>CROSS-MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Federal Rule of Civil Procedure 56 and District of Massachusetts Local Rule 56.1, Defendant Hon. William Francis Galvin, in his official capacity as Secretary of the Commonwealth, hereby cross-moves for summary judgment. The Court should enter judgment in his favor on the single count of the Complaint, ECF No. 1, because the Commonwealth has not violated Section 8(i) if the National Voter Registration Act of 1993, 52 U.S.C. § 20507(i), because it makes the voter registration information at issue in this case available for public inspection, and with no restrictions on its use.

WHEREFORE, for these reasons and the reasons set forth in his supporting memorandum of law, the Secretary respectfully requests that the Court enter judgment on his favor.

January 7, 2025                 Respectfully submitted,

                                HON. WILLIAM FRANCIS GALVIN, in his official
                                capacity as Secretary of the Commonwealth,

                                By his attorney,

1

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Phoebe Fischer-Groban*
Anne Sterman, BBO No. 650426
Phoebe Fischer-Groban, BBO No. 687068
Assistant Attorneys General
Government Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 963-2589
Anne.sterman@mass.gov
phoebe.fischer-groban@mass.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 7, 2025.

                                                                   */s/ Phoebe Fischer-Groban*
                                                                    Phoebe Fischer-Groban
                                                                    Assistant Attorney General