UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

The Committee for Massachusetts Voter Identification Ballot Question

V.

CIVIL ACTION: 1:24-cv-12029-NMG

William Francis Galvin

**SUMMARY JUDGMENT**

GORTON, U.S.D.J.                                                                July 2, 2025

Pursuant to the Memorandum and Order dated 7/2/2025, it is ORDERED and ADJUDGED that summary judgment is hereby entered in favor of the Defendant.

By the Court,

/s/ Nicole Cowan
DEPUTY CLERK