# United States Court of Appeals
## For the First Circuit

No. 25-1696

THE COMMITTEE FOR MASSACHUSETTS VOTER IDENTIFICATION BALLOT QUESTION,

Plaintiff - Appellant,

v.

HON. WILLIAM F. GALVIN, in the official capacity as Secretary of the Commonwealth of Massachusetts,

Defendant - Appellee.

**JUDGMENT**

Entered: November 21, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Brian Michael Gaff
Anne L. Sterman
Phoebe Fischer-Groban