# United States Court of Appeals
## For the First Circuit

No. 25-1696

THE COMMITTEE FOR MASSACHUSETTS VOTER IDENTIFICATION BALLOT QUESTION,

Plaintiff - Appellant,

v.

HON. WILLIAM F. GALVIN, in the official capacity as Secretary of the Commonwealth of Massachusetts,

Defendant - Appellee.

### ORDER OF COURT

Entered: November 24, 2025
Pursuant to 1st Cir. R. 27.0(d)

The judgment and mandate issued on November 21, 2025, is administratively recalled as it issued in error. The motions to dismiss and to "vacate the District Court decision as moot" remains pending before the court and will be addressed in due course.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Brian Michael Gaff
Anne L. Sterman
Phoebe Fischer-Groban