# United States Court of Appeals
## For the First Circuit

---

No. 25-1696

THE COMMITTEE FOR MASSACHUSETTS VOTER IDENTIFICATION BALLOT QUESTION,

Plaintiff - Appellant,

v.

HON. WILLIAM F. GALVIN, in the official capacity as Secretary of the Commonwealth of Massachusetts,

Defendant - Appellee.

---

Before

Barron, Chief Judge,
Montecalvo and Rikelman, Circuit Judges.

---

**JUDGMENT**

Entered: November 4, 2026

This is an appeal from a judgment in the District Court for the District of Massachusetts. Plaintiff-Appellant has filed an "Assented-To Motion to Dismiss Appeal as Moot" (the "Motion to Dismiss") and a "Motion to Vacate District Court Judgment as Moot" (the "Motion to Vacate").

The Motion to Dismiss is hereby **GRANTED** and the Motion to Vacate is hereby **DENIED**. The appeal is hereby **DISMISSED**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Brian Michael Gaff
Anne L. Sterman
Phoebe Fischer-Groban